

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-18-2013

# USA v. Jose Flores-Mejia

Precedential or Non-Precedential: Precedential

Docket No. 12-3149

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Jose Flores-Mejia" (2013). *2013 Decisions.* Paper 144.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/144

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3149

UNITED STATES OF AMERICA

v.

JOSE LUIS FLORES-MEJIA, a/k/a JOSE FLORES MEJIA,
a/k/a JOSE LUIS MEJIA, a/k/a/ MANUEL MENDEZ

Appellant

(Crim. No. 2-11-00712-01)

PRESENT:   McKEE, Chief Judge,  RENDELL, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE,
SHWARTZ, SLOVITER* and ROTH*, Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.

The Clerk of this Court shall list the case for rehearing *en banc* at the convenience

of the Court.  The opinion and judgment entered July 19, 2013 are hereby vacated.

By the Court,

 /s/ Theodore A. McKee
Chief Circuit Judge

Date: September 18, 2013

cc: Jeffery W. Whitt, Esq.
    Robert A. Zauzmer, Esq.
    Robert Epstein, Esq.

_____

* will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.